**CITATION**

MERIT ELECTRICAL INC

VERSUS

MOTIVA ENTERPRISES LLC et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00096840D

SERVE: **MOTIVA ENTERPRISES LLC THRU**
CT CORPORATION
5615 CORPORATE BLVD  SUITE 400 B
BATON ROUGE, LA.  70808

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney FUNES, KELSEY and was
issued by the Clerk of Court on the 25TH day of JUNE, 2010.

_A. Madere_
Deputy Clerk of Court for
Kermit "Hart" Bourque, Clerk of Court

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
-----------------------------------------------------------------------------

**SHERIFF'S RETURN**

Received on the _____ day of _____ ,20___ and on the _____ day
of _____ , 20 ___ served the above named party as follows:
DATE SERVICE ATTEMPTED:_____    TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____    TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____    TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:
___ PERSONAL
___ DOMICILIARY
___ ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
___ MOVED (NEW ADDRESS) _____        ___ MOVED, ADDRESS UNKNOWN
_/_ NOT KNOWN AT THIS ADDRESS                ___ UNABLE TO LOCATE
___ POST OFFICE HAS NO ADDRESS               ___ DISTRICT ATTORNEY RECALLED
___ THIS ADDRESS NOT IN OUR PARISH           ___ NOT SERVED IN TIME FOR
___ HOLD-REQUEST OF _____                COURT DATE/PAST COURT
___ IN ARMED FORCES                          ___ HOSPITALIZED/DECEASED
___ RECEIVED TOO LATE FOR SERVICE
___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____

RETURNED: PARISH OF _____ this ____ day of _____ , 20 _____ .

SERVICE:  $ _____            BY: _____
MILEAGE:  $ _____                    DEPUTY SHERIFF
TOTAL:    $ _____

RECEIVED AND FILED
⋯⋯HART BOURQUE
⋯⋯ PK OF COURT

2010 JUN 24 A II: 25
Original signed by
BY Katy Burns
D.Y. CLERK & RECORDER
ASCENSION PARISH, LA

MERIT ELECTRICAL, INC.    NUMBER _96,640_ DIV.____

**VERSUS**    23RD JUDICIAL DISTRICT COURT

MOTIVA ENTERPRISES, L.L.C. AND    **PARISH OF ASCENSION**
JACOBS FIELD SERVICES NORTH
AMERICA, INC.    **STATE OF LOUISIANA**

**DIVISION D**

## PETITION TO ENFORCE LIEN

NOW INTO COURT, through undersigned counsel, comes Merit Electrical, Inc.
(hereinafter "Merit"), who respectfully represents as follows:

I.

Made defendants herein are:

A. Motiva Enterprises, L.L.C. ("Motiva" or "Owner"), a Delaware corporation, with its
principal place of business in Houston, Texas, authorized to do business in the
state of Louisiana, who may be served through its registered agent for service of
process, CT Corporation at 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA
70808; and

B. Jacobs Field Services North America, Inc. ("Jacobs"), a Texas corporation, with
its principal place of business in Pasadena, California, authorized to do business
in the state of Louisiana, who may be served through its registered agent for
service of process, CT Corporation at 5615 Corporate Blvd., Suite 400B, Baton
Rouge, LA 70808.

(collectively referred to as "Defendants")

II.

Defendants are indebted unto Merit for work it performed on the construction of the
Control Building at the Motiva Convent Refinery ("the Project"). The outstanding amount for
Merit's work is currently $773,606.45. Merit is entitled to a judgment in the amount unpaid by
defendants for its work, plus legal interest from the date of judicial demand and/or the date of
filing the statement of claim and privilege associated therewith, plus lien costs, court costs, and
attorneys' fees for the reasons set out herein.

### III.

Motiva is the owner of certain immovable property having a municipal address of 10960 Hwy. 44, Convent, Louisiana, 70801 ("the Property"), being further described as set out in the Statement of Claim and Privilege, attached hereto as Exhibit A.

### IV.

Upon information and belief, on December 1, 2008, Jacobs, acting as Owner's agent, contracted with MAPP Construction, L.L.C. ("Contractor") to construct improvements on the Property.

### V.

Upon information and belief, Owner did not require Contractor to obtain a bond to secure performance of the contract and payment of all laborers and furnishers of material.

### VI.

On January 5, 2009, Merit, as subcontractor, entered into a contract with Contractor for the provision of materials and labor pertaining to electric work in connection with the construction of the Control Building at the Motiva Convent Refinery on the Property ("Subcontract").

### VII.

Despite timely submission of its requests for progress payments and repeated requests for payment to Contractor, Contractor has failed to pay Merit Progress Billing Nos. J-1, J-2, J-3, J-4, J-7, 15, and 16 which represent the time periods ending November 30, 2009 through May 30, 2010 and a total cost of SEVEN HUNDRED SEVENTY THREE THOUSAND SIX HUNDRED SIX DOLLARS AND 45/100 CENTS ($773,606.45). Copies of the referenced invoices are attached to the Statement of Claim and Privilege, attached hereto as Exhibit A.

### VIII.

Pursuant to the terms of the Subcontract, Merit is entitled to payment of the amounts owed for Merit Progress Billing Nos. J-1, J-2, J-3, J-4, J-7, 15 and 16.

satisfy petitioner's claim, and that the proceeds therefrom be applied to payment of petitioner's

claim and in preference and priority to all others, and for all costs of said proceedings. Further,

Petitioner prays for any and all additional relieve to which it may be entitled under the law.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: 

Kelsey Kornick Funes, Bar Roll No. 25133
Amanda W. Messa, Bar Roll No. 30108
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197
Email: funesk@phelps.com
          amanda.messa@phelps.com

ATTORNEYS FOR PLAINTIFF
MERIT ELECTRICAL, INC.

Please Serve:

**Motiva Enterprises, L.L.C.**
Through its registered agent
CT Corporation
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**Jacobs Field Services North America, Inc.**
Through its registered agent
CT Corporation
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A TRUE COPY 06-29-10
_ Madue
Deputy Clerk & Records.
ASCENSION PARISH

INSTRUMENT # 00750037
FILED AND RECORDED
ASCENSION CLERK OF COURT
2010 JUN 10    11:50:52 AM
COB____MOB____OTHER____
                        ɛBlandry
CERT NT702BRIA & RECORDER
CERTIFIED TRUE COPY BY
                        B Landry
DEPUTY CLERK
SLIPPRT02

## STATEMENT OF CLAIM AND PRIVILEGE

RECEIVED AND FILED
MERIT HART BOURQUE
CLERK OF COURT
Original signed by
2010 MAY Burns 11:25
BY
ASCENSION PARISH, LA

This statement of claim and privilege is made pursuant to Louisiana's Private Works Act

(La. R.S. 9:4801 *et seq.*) by Merit Electrical, Inc., whose mailing address is 17702 Highway, Prairieville, Louisiana, 70769-3701, herein represented by Kelsey Kornick Funes, its

attorney-in-fact.

Merit Electrical, Inc., as subcontractor, entered into a contract with MAPP Construction, L.L.C., as contractor, whose mailing address is 344 Third Street, Baton Rouge, Louisiana, 70801, for the provision of materials and labor pertaining to electric work in connection with the construction of the Control Building at the Motiva Convent Refinery on the following tract of immovable property owned by Motiva Enterprises, L.L.C., whose mailing address is 700 Milam, Pnt 11th Floor, Houston, Texas, 77002 (Jacobs Field Services North America, Inc., 4949 Essen Lane, Baton Rouge, Louisiana, 70809 is acting as Agent on behalf of Owner):

> Legal Description of Immovable Property containing Control Building of the Motiva Convent Refinery:
>
> THOSE CERTAIN PIECES OR PORTIONS OF GROUND SITUATED IN THE PARISH OF ST. JAMES, STATE OF LOUISIANA which said pieces or portions of ground are commonly and collectively referred to as Motiva Enterprises, LLC- The Convent Refinery and which said pieces or portions of ground are more fully described in **Exhibit A** annexed hereto and made a part hereof, being that portion of ground described in the Special Warranty Deed recorded on December 18, 1998 under Registry No. 104531 in the property records of St. James Parish, Louisiana; **LESS AND EXCEPT** that piece or portion of ground described in **Exhibit B** annexed hereto and made a part hereof, being that portion of ground described in the Act of Donation recorded on July 22, 2005 under Registry No. 129355 in the property records of St. James Parish, Louisiana;
>
> AND
>
> THOSE CERTAIN PIECES OR PORTIONS OF GROUND SITUATED IN THE PARISH OF ASCENSION, STATE OF LOUISIANA, which said pieces or portions of ground are commonly and collectively referred to as Motiva Enterprises, LLC- The Convent Refinery and which said pieces or portions of ground are more fully described in **Exhibit C**, annexed hereto and made a part hereof, being that portion of ground described in the Special Warranty Deed recorded on December 18, 1998 under Registry No.

**EXHIBIT**

A

427418 in the property records of Ascension Parish, Louisiana and **Exhibit D** annexed hereto and made a part hereof, being that portion of ground described in the Act of Cash Sale recorded on December 17, 2002 under Registry No. 531985 in the property records of Ascension Parish, Louisiana, which said Act of Cash Sale.

Merit Electrical, Inc. is owed the full and true sum of SEVEN HUNDRED SEVENTY THREE THOUSAND SIX HUNDRED SIX DOLLARS AND 45/100 CENTS ($773,606.45), stemming from seven (7) unpaid invoices which are attached hereto as **Exhibit E**, in globo. These amounts due represent the cost of work performed and materials supplied by Merit Electrical, Inc. to MAPP Construction, L.L.C. in connection with the construction of improvements on certain immovable property known as the Motiva Convent Refinery.

This statement of claim and privilege is made for the purpose of preserving the lien and privilege granted to Merit Electrical, Inc. on the property described above and on the attached Addendum I. Merit Electrical, Inc. reserves all its rights against the owner, contractor(s), surety, and/or subcontractor(s), and its rights to claim the full amount owed to it, including expenses, interest, and attorneys' fees. In addition to the principal amount owed, Merit Electrical, Inc. also claims the costs of filing this statement of claim and privilege.

MERIT ELECTRICAL, INC.

By: _____
Kelsey Kornick Funes, Esq.
Attorney-in-Fact

SWORN TO AND SUBSCRIBED before me on this the ___9TH___ day of June, 2010.

_____
Notary Public

AMANDA E. WADDELL
BAR ROLL # 30108
NOTARY ID # 86065
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

Printed Name _Amanda Waddell_
Bar Roll/Notary No. _30108_
State of Louisiana
My Commission is for Life.

SCHEDULE A

June 5, 1998

Legal Description:     1476.6221 Acres in ST. James Parish

BEING a 1476.6221 acre tract or parcel of land out of and a part of that certain called 3939.62 acre tract of land in Section 9 of Township 10 South, Range 3 East, all of Sections 4,7,9,10,11,12,13,14,69, and 70 of Township 11 South, Range 3 East and parts of Sections 1,5,8,15,16,58,65,67, and 68 of Township 11 South, Range 3 East, Southeastern Land District, located East of the Mississippi River as shown on a plat of survey by W.J. Cointment, Jr., dated March 29, 1985, as conveyed by Texaco Refining and Marketing, Inc. to Star Enterprise as recorded in CB 298 Folio 538, St. James Parish, Louisiana,  and being more particularly described with all bearings referenced to Louisiana State Plane Coordinate System, South Zone, Lambert Projection, NAD 83, hereinafter referred to as L.S.C. All acreage, distances and coordinates shown are surface.  All bearings are grid. The theta correction at the U.S.C. & G. monument BM-1091 is 0°13'00" and the scale factor is 0.9999274.

BEGINNING at a point for corner, said corner being the Northeast corner of the Harry Stein, Jr., Donald Stein, Roland Stein and Roy Stein, as recorded in CB 235, Folio 221, Deed Records, St. James Parish, Louisiana, more particularly described as follows, from which a found concrete monument bears North 08°09'56" West - 2.47 feet from said point and also found concrete monument located South 77°02'37" West, 1.21 feet, have L.S.C. coordinates of: y=586,653.209 feet, and x=3,429,962.597 feet;

THENCE South 77°02'37" West along and with the South line of said 1476.6221 acre tract, same being the North line of said Stein tract a distance of 2698.17 feet to a ½"found iron pipe at the Southwest corner of said 1476.6221 acre tract, same being an interior corner of said Stein tract, said iron pipe also marking the beginning of a non-tangent curve to the right, having a central angle is 4°40'10", radius of 1834.86 feet, long chord that bears North 20°48'41" East 149.50 feet;

THENCE along and with said curve in a Northeasterly direction for an arc distance of 149.54 feet to a ½" found iron pipe at a interior corner of said 1476.6221 acre tract, same being a point in the East line of State Highway 70;

THENCE in a Southwesterly direction along and with the East line of said State Highway 70, the same being the North line of the Stein tract and curve to the right having a central angle of 1°32'55", a radius of 5858.93 feet, a long chord that bears South 28°19'58" West 158.36 feet, for an arc distance of 158.37 feet to a ½" found iron pipe;

*MARK W. WHITELEY AND ASSOCIATES, INC.*

EXHIBIT

A

SCHEDULE A (continued)

Page 2.
Legal Description:     1476.6221 Acres of Land  ST. James Parish

THENCE South 28°34'03" West along and with the South line of said 1476.6221 acre tract, same being the North line of said Stein tract a distance of 6.96 feet to a ½" found iron pipe at the lower or South line of said 1476.6221 acre tract, same being the North line of said Stein tract;

THENCE South 77°03'00" West along and with the South line of said 1476.6221 acre tract, same being the North line of said Stein tract a distance of 11,171.15 feet to a point for corner at a Southwesterly corner of said 1476.6221 acre tract, same being the Southeasterly corner of a 26.352 acre tract conveyed to Missouri-Portland Cement Company, as recorded in CB 198, Folio 306, St. James Parish, Louisiana, from which concrete monuments bear South 77°02'57" West – 2.00 feet and North 13°08'06" West – 1.99 feet;

THENCE North 13°08'06" West along and with a Southwesterly line of said 1476.6221 acre tract, same being a Northeasterly line of the Missouri –Portland Cement Company tract a distance of 833.97 feet to a concrete monument (leaning) at an interior "L" corner of said 1476.6221 acre tract, same being a Northeasterly corner of the Missouri-Portland Cement Company tract;

THENCE South 77°03'14" West along and with the South line of said 1476.6221 acre tract, same being the North line of the Missouri-Portland Cement Company tract at a distance of 914.97 feet pass a concrete monument found for reference and continuing for a total distance of 1404.00 feet to a point on the Mean Low Water mark of the Mississippi River, same being the Southwest corner of said 1476.6221 acre tract, same being the Northwest corner of said Missouri-Portland Cement tract;

THENCE in a Northwesterly direction along and with the meanders of the Mean Low Water mark of the Mississippi River as follows:

    North 05°19'13" West a distance of 108.41 feet;
    North 10°42'15" West a distance of 366.97 feet;
    North 10°30'08" West a distance of 343.38 feet;
    North 09°14'31" West a distance of 226.69 feet;
    North 13°47'01" West a distance of 405.91 feet;
    North 19°33'06" West a distance of 244.75 feet;
    North 07°50'36" West a distance of 225.12 feet;
    North 29°50'31" West a distance of 212.68 feet;
    North 31°35'39" East  a distance of 157.59 feet;

*MARK W. WHITELEY AND ASSOCIATES, INC.*

SCHEDULE A (continued)

Page 3.
Legal Description:    1476.6221 Acres of Land in ST. James Parish

> North 20°08'19" West a distance of 211.23 feet:
> North 25°12'32" West a distance of 228.91 feet;
> North 18°55'01" West a distance of 175.61 feet;
> North 01°45'21" East a distance of 260.90 feet;
> North 05°07'22" West a distance of 240.88 feet;
> North 06°15'05" West a distance of 123.41 feet to a point which marks the
> common line between the South line of Ascension Parish and the North line of St. James
> Parish;

THENCE North 76°29'45" East along and with the North line of said 1476.6221 acre tract, same being the South line of Ascension Parish and the same being the South line of that certain called 21.82 acre Tezcuco Plantation, Inc. tract recorded in CB 483 Folio 178, Deed Records, Ascension Parish, Louisiana, at a distance of 419.30 a found broken concrete monument found on the East line of State Highway No. 44, the same being the Southwest corner of said Tezcuco Plantation, Inc. Tract;

THENCE North 77°08'29" East, continuing along and with the South line of said Tezcuco Plantation, Inc. tract for a distance of 1746.71 feet to a point for corner on the Parish Line, from which a concrete monument bears North 77°02'54" East a distance of 2.10 feet and a concrete monument bears South 12°58'12" East a distance of 2.02 feet;

THENCE continuing along and with said St. James Parish north line North 77°02'54" East a distance of 5146.04 feet to a point for corner from which a reference concrete monument bears South 15°18'24" East a distance of 2.00 feet;

THENCE South 15°18'24" East for a distance of 389.12 feet to an interior "L" corner, from which a concrete monument found for reference bears North 15°18'24" West a distance of 2.00 feet;

THENCE North 77°03'50" East along and with the North line of said 1476.6221 acre tract, same being the South line of Ascension Parish at a distance of 6121.11 pass Southwest corner of the Donald Robert, and wife Michelle Waguespack Robert, 10 acre tract, as recorded in CB 293 Folio 411, Deed Records, Ascension Parish, Louisiana and continuing along the South line of Donald Robert, and wife Michelle Waguespack Robert, 10 acre tract for a total distance of 7864.88 feet to a point for corner, from which concrete monuments bear N77°03'50" East – 1.19 feet and South 07°10'48" East – 0.75 feet, said point being at a Northeast corner of said 1476.6221 acre tract, same being the Southeast corner of said Robert 10 acre tract;

*MARK W. WHITELEY AND ASSOCIATES, INC.*

SCHEDULE A (continued)

Page 4.
Legal Description:     1476.6221 Acres of Land in ST. James Parish

THENCE South 07°11'46" East along and with the Easterly line of said 1476.6221 acre tract, same being the Westerly line of a tract belonging to Alma Rountree et al, as recorded in CB 231, Folio 411, Deed Records, Ascension Parish, Louisiana, a distance of 209.99 feet to a 5/8" iron rod set for corner, said iron rod locating an angle corner of said 1476.6221 acre tract, same being an angle corner of said Rountree tract;

THENCE South 08°09'14" East along and with the Easterly line of said 1476.6221 acre tract, same being the Westerly line of said tract belonging to Alma Rountree et al, a distance of 681.10 feet to a 5/8" iron rod set for corner, said rod being located at an exterior "L" corner of said 1476.6221 acre tract, same being a Southwest corner of said Rountree tract;

THENCE North 89°36'43" East along and with the North line of said 1476.6221 acre tract, same being the South line of said Rountree tract a distance of 2642.08 feet to a point for corner, from which a concrete monument bears South 00°24'54" East – 2.00 feet, said point being a Northeast corner of said 1476.6221 acre tract, same being an "L" corner of said Rountree tract;

THENCE South 00°24'54" East along and with the East line of said 1476.6221 acre tract, same being the West line of said Rountree tract a distance of 1320.10 feet to a point for corner, from which a concrete monument bears North 89°37'10" East – 2.00 feet, said point being a Southeast corner of said 1476.6221 acre tract, same being an interior "L" corner of said Rountree tract;

THENCE South 89°37'10" West along and with the South line of said 1476.6221 acre tract, same being the North line of said Rountree tract a distance of 2462.72 feet to a 5/8" iron rod set for corner, said rod being located at an interior "L" corner of said 1476.6221 acre tract, , same being the Northwest corner of said Rountree tract;

THENCE South 08°09'33" East along and with the East line of said 1476.6221 acre tract, same being the West line of said Rountree tract a distance of 1688.90 feet to the Southeast corner of said 1476.6221 acre tract, same being in the East line of said Rountree tract; and the PLACE OF BEGINNING of the tract herein described, and containing 1476.6221 acres of land, more or less, lying within St. James Parish, Louisiana.

MARK W. WHITELEY AND ASSOCIATES, INC.

SCHEDULE A (continued)

Being the same lands and premises which became vested in Star Enterprise, a
general partnership formed under the New York Uniform Partnership Act, by Deed
from Texaco Refining and Marketing Inc., a Delaware corporation, dated December
31, 1988 and recorded January 5, 1989 in the office of the Clerk of Court of St. James
Parish in CB 298, Folio 538, Entry No. 77513,

St. James Parish Tax Parcel ID Nos.:    4P-00044938
    4P-00044946
    4P-00045578
    4P-00057975
    4P-00057983
    4P-00057991
    4P-00058009
    4P-00058017
    4P-00058033
    4P-00058041
    4P-00058106
    4P-00058112
    4P-00058114
    4P-00058130
    4P-00058157
    4P-00058165
    4P-00058173
    4P-00099627
    4P-00099643

A 44.1 ACRE PORTION OF GROUND SITUATED IN SECTION 65, TOWNSHIP 11 SOUTH, RANGE 3 EAST, ST. JAMES PARISH, LOUISIANA, DESCRIBED AS FOLLOWS:

Commence at the Northeast Corner of Section 7, said point having the NAD 83 Coordinate of N 590485.44; E 3429160.04; thence S 07°14'29" E, a distance of 210.03' to a point; thence S 08°09'55" E, a distance of 681.16' to a point; thence N 89°42'04" E, a distance of 1457.23' to a point, said point being marked with an iron rod found in concrete; thence S 00°19'11" E, a distance of 1318.09' to a point, said point being marked with an iron rod found in concrete; thence S 89°38'03" W, a distance of 1457.23' to a point, thence N 00°19'11" W, a distance of 1319.80' to the Point of Beginning, containing 44.1 Acres.

EXHIBIT

B

June 5, 1998
Legal Description: 2504.0122 Acres in Ascension Parish
Save and Except 21.5360 Acres (Called 21.82 Acres)
And 0.5000 Acre (Called 0.5 Acre)

BEING a 2504.0122 acre tract or parcel of land out of and a part of that certain called 3939.62 acre tract of land in Section 9 of Township 10 South, Range 3 East, all of Sections 4,7,9,10,11,12,13,14,69, and 70 of Township 11 South, Range 3 East and parts of Sections 1,5,8,15,16,58,65,67, and 68 of Township 11 South, Range 3 East, Southeastern Land District, located East of the Mississippi River as shown on a plat of survey by W.J. Cointment, Jr., dated March 29, 1985, as conveyed by Texaco Refining and Marketing, Inc. to Star Enterprise as recorded in CB 298 Folio 538, St. James Parish, Louisiana, and being more particularly described with all bearings referenced to Louisiana State Plane Coordinate System, South Zone, Lambert Projection, NAD 83, hereinafter referred to as L.S.C. All acreage, distances and coordinates shown are surface. All bearings are grid. The theta correction at the U.S.C. & G. monument BM-1091 is 0°13'00" and the scale factor is 0.9999274.

BEGINNING at the Southwest corner of the Donald Robert, and wife Michelle Waguespack Robert, 10 acre tract, as recorded in CB 293 Folio 411, Deed Records, Ascension Parish, Louisiana, from which a concrete monument for reference bears North 09°14'04" West along and with the West right of way line of State Highway No. 70;

THENCE South 77°03'50" West along and with the South line of said 2504.0122 acre tract, same being the South line of St. James Parish at a distance of 6121.11 feet an exterior "L" corner, from which a concrete monument found for reference bears North 15°18'24" West a distance of 2.00 feet;

THENCE North 15°18'24" West for a distance of 389.12 feet to a point for corner from which a reference concrete monument bears South 15°18'24" East a distance of 2.00 feet;

THENCE continuing along and with said Ascension Parish South line South 77°02'54" West a distance of 5146.04 feet to a point for corner on the Parish Line, from which a concrete monument bears North 77°02'54" East a distance of 2.10 feet and a concrete monument bears South 12°58'12" East a distance of 2.02 feet;

THENCE South 77°08'29" West, continuing along and with the South line of said Ascension Parish, and along and with the South line of the Tezcuco Plantation, Inc. tract recorded in CB 483 Folio 178, Deed Records, Ascension Parish, Louisiana for a distance of 1746.71 feet to a found broken concrete monument found on the East line of State Highway No. 44, the same being the Southwest corner of said Tezcuco Plantation, Inc. Tract;

_____ MARK W. WHITELEY AND ASSOCIATES, INC. _____

Case 3:10-cv-00501-JJB-CN   Document 1-4   07/29/10   Page 13 of 29

EXHIBIT
C

Page 2.

Legal Description: 2504.0122 Acres in Ascension Parish:
Save and Except 21.5360 Acres (Called 21.82 Acres)
And 0.5000 Acre (Called 0.5 Acre)

THENCE South 76°29'45" East continuing along and with the South line of said 2504.0122 acre tract, same being the South line of Ascension Parish and the same being the South line of that certain called 21.82 acre Tezcuco Plantation, Inc. tract, at a distance of 419.30 to a point on the Mean Low Water mark of the Mississippi River, same being the Southwest corner of the said 2504.0122 acre tract and in the common Parish line;

THENCE in a Northwesterly direction along and with the meanders of the Mean Low Water mark of the Mississippi River as follows:

North 07°34'24" West a distance of 223.40 feet;
North 05°15'23" West a distance of 169.52 feet;
North 06°45'39" West a distance of 578.91 feet;
North 15°01'57" West a distance of 323.32 feet;
North 12°01'30" West a distance of 214.43 feet;
North 18°33'37" West a distance of 216.39 feet;
North 14°37'43" West a distance of 216.09 feet;
North 17°00'32" West a distance of 216.48 feet;
North 11°26'45" West a distance of 216.15 feet;

North 13°18'05" West a distance of 123.47 feet to a point for corner at the most Southerly corner of property owned by E.I. Dupont de Nemours and Company, as recorded in CB 190, Folio 964 and CB 232,Folio 229, Deed Records, Ascension Parish;

THENCE North 62°03'00" East along and with the most Southerly North line of said 2504.0122 acre tract, same being the South line of the E.I. Dupont de Nemours and Company tract at a distance of 392.80 feet pass a 2" iron pipe found for reference and continuing for a total distance of 4063.83 feet to a ½" found iron pipe at an interior "L" corner of said 2504.0122 acre tract, same being the Southeasterly corner of said E.I. Dupont de Nemours and Company tract, from which a 2" iron pipe found bears South 61°07'55" West ~27.08 feet;

THENCE North 30°10'05" West along and with the Westerly line of said 2504.0122 acre tract, same being the East line of said of the E.I. Dupont de Nemours and Company tract a distance of 2389.51 feet to a 2" found iron pipe at the Northeast corner of said E.I. Dupont de Nemours and Company tract, same being in the South line of a called 1000 acre tract, belonging to Ormet Corporation, as recorded in CB 525, Folio 662, Deed Records, Ascension Parish;

_____ MARK W. WHITELEY AND ASSOCIATES, INC. _____

Page 3.
Legal Description:  2504.0122 Acres in Ascension Parish
Save and Except 21.5360 Acres (Called 21.82 Acres)
And 0.5000 Acre (Called 0.5 Acre)

THENCE North 46°05'49" East along and with the North line of said 2504.0122 acre tract, same being the Southeasterly line of said Ormet Corporation called 1000 acre tract, at 9150.02 feet pass the Southeast corner of said Ormet Corporation 1000 acre tract, from which a 2" found iron pipe bears 2.27 feet South 43°54'11" East off line, and continuing along and with the South line of the Lyle Schexnaydre, et. al. tract as recorded in CB 427, Folio 129, Deed Records, Ascension Parish for a total distance of 11,423.17 feet to a ½" found iron pipe at the Northeast corner of said 2504.0122 acre tract;

THENCE South 42°14'01" East along and with the East line of said 2504.0122 acre tract, and the West line of the following tracts of land, said Lyle Schexnaydre, et. al. tract, Crawford Alexander Bishop, CB 521, Folio 457, Deed Records, Ascension Parish, Leon Weill and Bros., LTD., CB 55, Folio 117, Deed Records, Ascension Parish, Henry A. Dugas Estate, CB 77, Folio 197, Deed Records, Ascension Parish, Louisiana for a distance of 2452.81 feet to a "T" iron stake found at an Easterly corner of said 2504.0122 acre tract, said iron stake also being located at an angle point in the West line of the Marion Roques Tract, CB 509, Folio 701, Deed Records, Ascension Parish, Louisiana;

THENCE South 23°12'37" East along and with the East line of said 2504.0122 acre tract a distance of 669.99 feet to a ½" found rod in concrete, said iron rod being located in the West right-of-way line of State Highway 70;

THENCE South 09°20'24" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 88.54 feet to a 5/8" iron rod set for corner;

THENCE South 06°28'38" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 199.98 feet to a ½" iron rod found;

THENCE South 09°22'57" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 300.00 feet to a concrete monument found;

THENCE South 14°42'21" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 201.23 feet to a concrete monument found;

THENCE South 09°09'50" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 1399.43 feet to a concrete monument found;

THENCE South 05°30'50" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 300.71 feet to a concrete monument found;

*MARK W. WHITELEY AND ASSOCIATES, INC.*

Page 4.
Legal Description:    2504.0122 Acres in Ascension Parish
Save and Except 21.5360 Acres (Called 21.82 Acres)
And 0.5000 Acre (Called 0.5 Acre)

THENCE South 08°58'50" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 200.43 feet to a concrete monument found;

THENCE South 13°02'16" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 300.28 feet to a concrete monument found;

THENCE South 09°09'41" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 3199.77 feet to a concrete monument found;

THENCE South 06°28'19" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 200.72 feet to a concrete monument found;

THENCE South 09°08'52" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 800.33 feet to a concrete monument found;

THENCE South 06°24'52" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 299.51 feet to a concrete monument found;

THENCE South 08°34'57" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 100.07 feet to a ½" iron rod found;

THENCE South 14°00'16" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 301.51 feet to a concrete monument found;

THENCE South 09°09'06" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 999.80 feet to a concrete monument found;

THENCE South 06°17'09" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 a distance of 300.13 feet to a concrete monument found;

THENCE South 09°14'04" East along and with the Easterly line of said 2504.0122 acre tract, same being the West line of State Highway 70 distance of 123.14 feet to a 5/8" iron rod set for corner, said rod being the PLACE OF BEGINNING of the tract herein described and containing 2504.0122 acres of land, more or less.

_____ MARK W. WHITELEY AND ASSOCIATES, INC. _____

CONVEYANCE
BOOK    PAGE
0593    776

Page 5.
Legal Description:    2504.0122 Acres in Ascension Parish
                      Save and Except 21.5360 Acres (Called 21.82 Acres)
                      And 0.5000 Acre (Called 0.5 Acre)

Save and Except No. 1
Texcuco Plantation, Inc.
21.5360 Acre Tract (Called 21.84 Acres)

COMMENCING at a point which marks the Northeast corner of the Waguespack
Subdivision, as recorded in CB..124, Folio 224, Deed Records, Ascension Parish,
Louisiana, from which concrete monuments bear North 77° 02'54" East – 2.10 feet and
South 12°58"12" East – 2.02 feet, said point have L.S.C. coordinates of y= 587,987.374
feet and x= 3,416,627.980 feet;

THENCE South 77°08'29" West along and with an interior line of said 2504.0122 acre
tract, said point being on the Parish line, and the North line of said Waguespack
Subdivision, for a distance of 326.97 feet to a 5/8" iron rod set for the Southeast corner of
said 21.5360 acre tract, same being within said 2504.0122 acre tract and being the
PLACE OF BEGINNING of the tract herein described with L.S.C. coordinates of: y=
587,914.607 feet and x= 3,416,309.176 feet;

THENCE South 77°08'29" West along and with the South line of said 21.5360 acre
tract, same being and the North line of said Waguespack Subdivision, a distance of
1746.71 feet to a concrete monument found (broken) which marks the Southwest corner
of said 21.5360 acre tract, same being on the East line of State Highway No. 44;

THENCE North 14°31'00" West along and with the East line of said State Highway No.
44, a distance of 90.56 feet to 5/8" iron rod set for corner;

THENCE North 13°39'22" West along and with the East line of said State Highway No.
44, same being the West line of said 21.5360 acre tract a distance of 99.62 feet to 5/8"
iron rod set for corner;

THENCE North 11°33'01" West along and with the East line of said State Highway No.
44, same being the West line of said 21.5360 acre tract a distance of 98.40 feet to a 5/8"
iron rod set for corner;

THENCE North 05°27'16" West along and with the East line of said State Highway No.
44, same being the West line of said 21.5360 acre tract a distance of 98.65 feet to 5/8"
iron rod set for corner;

THENCE North 04°18'28" West along and with East line of said State Highway No. 44,
same being the West line of said 21.5360 acre tract a distance of 154.59 feet to a 5/8"
iron rod set for corner;

THENCE, leaving said right-of-way line North 77°11'47" East along and with the North
line of said 21.5360 acre tract, same lying within said 2504.0122 acre tract a distance of
1715.84 feet to a 5/8" iron rod found at the Northeast corner of said 21.5360 acre tract;

*MARK W. WHITELEY AND ASSOCIATES, INC.*

Case 3:10-cv-00501-JJB-CN   Document 1-4   07/29/10   Page 17 of 29

Page 6.
Legal Description:  2504.0122 Acres in Ascension Parish
Save and Except 21.5360 Acres (Called 21.82 Acres)
And 0.5000 Acre (Called 0.5 Acre)

THENCE South 12°31'54" East along and with the East line of said 21.5360 acre tract, same being within said 2504.0122 acre tract a distance of 537.57 feet to the PLACE OF BEGINNING, and containing 21.5360 acres, more or less (originally called 21.82 acres).

Save and Except No. 2
0.5000 Acre Tract (Called 0.5 Acre)
Jeremiah Baptist Church

COMMENCING at a 2" iron pipe found, said iron pipe being a reference corner which bears North 62°03'00" East along and with the most Southerly North line of said 2504.0122 acre tract, same being the South line of the said E.I. Dupont de Nemours and Company tract at a distance of 392.80 feet from the actual most Southerly Northwest corner of the aforesaid 2504.0122 acre tract, said pipe has L.S.C. coordinates of  y= 590,052.568 feet and x= 3,414,046.211 feet;

THENCE North 62°03'00" East along and with the most Southerly North line of said 2504.0122 acre tract, a distance of 137.17 feet to a point on line;

THENCE South 17°27'00" East along and with the projection of the West line of said 0.5 acre tract, a distance of 10.17 feet to a 5 /8" iron rod set and being at the PLACE OF BEGINNING of the tract herein described with L.S.C. coordinates of y= 590,107.157 feet and x= 3,414,170.431 feet;

THENCE North 62°03'00" East along and with the North line of said 0.5 acre tract, a distance of 144.06 feet to a 5 /8" iron rod set for corner, same being the Northeast corner of said 0.5 acre tract;

THENCE South 27°57'00" East along and with the East line of said 0.5 acre tract, a distance of 138.08 feet to a 5 /8" iron rod set for corner, same being the Southeast corner of said 0.5 acre tract;

THENCE South 62°03'00" West along and with the South line of said 0.5 acre tract, a distance of 172.98 feet to a 5 /8" iron rod set for corner, same being the Southwest corner of said 0.5 acre tract and being on the East line of said State Highway No. 44;

THENCE North 14°57'00" West along and with the East line of said State Highway No. 44, the same being the West line of said 0.5 acre tract, a distance of 75.00 feet to a 5 /8" iron rod set for corner ;

THENCE North 17°27'00" West along and with the East line of said State Highway No. 44, the same being the West line of said 0.5 acre tract, a distance of 66.11 feet to the PLACE OF BEGINNING, containing 0.5000 acres of land, more or less.

_____ *MARK W. WHITELEY AND ASSOCIATES, INC.* _____

CONVEYANCE
BOOK     PAGE
0590     773

SCHEDULE A (continued)

Being the same lands and premises which became vested in Star Enterprise, a
general partnership formed under the New York Uniform Partnership Act, by Deed
from Texaco Refining and Marketing Inc., a Delaware corporation, dated December
31, 1988 and recorded January 4, 1989 in the office of the Clerk of Court and Recorder
of Ascension Parish in CB Book No. 448, File No. 264392.

Ascension Parish Tax Parcel ID Nos. 01934700 and 01934701

RECORDED FROM THE DOCUMENT ON FILE THIS 18TH DAY OF DECEMBER 1998

KERNIA HART BOURQUE CLERK OF ASCENSION

CONVEYANCE
BOOK        PAGE

0608        779

A CERTAIN PIECE OR PORTION OF GROUND, together with the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the **PARISH OF ASCENSION, STATE OF LOUISIANA**, in Section 58, Township 11 South, Range 3 East, Southeastern District, East of the Mississippi River, which said piece or portion of ground measures as follows:

Commencing at the point for the Northeast corner of the Waguespack Subdivision, a subdivision of St. James Parish, Louisiana, according to the map or plat thereof, recorded in COB 124, folio 224, Clerk of Court and Recorder, St. James Parish, Louisiana, said point also being in the South line of that certain called 2504.0122 acre tract save and except 21.5360 acre and 0.5000 acre tract of land as described in a "Special Warranty Deed" from Star Enterprise to Motiva Enterprises, LLC as recorded in COB 608, File No. 427418, Clerk of Court and Recorder, Ascension Parish, Louisiana and in the North line of that certain called 1476.6221 acre tract of land as described in a "Special Warranty Deed" from Star Enterprise to Motiva Enterpises, LLC as recorded in COB 354, File No. 104531, Clerk of Court and Recorder, St. James Parish, Louisiana and also being in the boundary line between Ascension Parish and St. James Parish, and from said point concrete monuments bear North 77 degrees 02 minutes 54 seconds East, a distance of 2.10 feet and South 12 degrees 58 minutes 12 seconds East, a distance of 2.02 feet, and said point being a L.S.C. coordinate of Y = 587,987.374 feet and X = 3,416.627.980 feet; Thence South 77 degrees 08 minutes 29 seconds West, along and with the North line of said Waguespack Subdivision and the South line of the above referenced 2504.0122 acre tract save and except a 21.5360 acre and 0.500 acre Motiva Enterprises, LLC tract and the North line of said 1476.6221 acre Motiva Enterpises, LLC tract, the same being the boundary line between Ascension Parish and St. James Parish, for a distance of 326.97 feet to a 5/8" iron rod set for the Southeast corner and POINT OF BEGINNING of the tract herein described, said point having a L.S.C. coordinates of Y = 587,914.607 feet and X = 3,416,309.176; Thence South 77 degrees 08 minutes 29 seconds West, for the boundary between the tract herein described and the said Waguespack Subdivision, the same being the North line of the said 1476.6221 acre Motiva Enterprises, LLC tract, passing at a distance of 1746.71 feet a concrete monument (broken) found and continuing for a total distance of 1767.36 feet to a point for corner in the centerline of State Highway No. 44; Thence along and with the centerline of State Highway No. 44 the following courses and distances: North 14 degrees 55 minutes 39 seconds West for a distance of 40.12 feet to a point for corner; North 14 degrees 11 mintues 08 seconds West for a distance of 50.04 feet to a point for corner; North 13 degrees 53 minutes 38 seconds West for a distance of 49.96 feet to a point for corner; North 13 degrees 25 minutes 06 seconds West for a distance of 50.06 feet to a point for corner; North 12 degrees 25 minutes 58 seconds West for a distance of 49.99 feet to a point for corner; North 10 degrees 38 minutes 54 seconds West for a distance of 49.99 feet to a point for corner; North 06 degrees 11 minutes 33 seconds West for a distance of 49.98 feet to a point for corner; North 04 degrees 43 minutes 43 seconds West for a distance of 50.05 feet to a point for corner; North 04 degrees 27 minutes 08 seconds West for a distance of 50.00 feet to a point for corner; North 04 degrees 15 minutes 38 seconds West for a distance of 49.99 feet to a point for corner; North 04 degrees 13 minutes 09 seconds West for a distance of 51.66 feet to a point for corner; Thence North 77 degrees 11 minutes 47 seconds East, for the boundary between the tract herein described and the above referenced 2504.0122 acre tract save and except a 21.5360 acre and 0.500 acre Motiva Enterprises, LLC tract, passing a 5/8" iron rod set for reference at a distance of 20.86 feet and continuing for a total distance of 1736.70 feet to a

**EXHIBIT**

D

1" iron pipe set for corner, said corner being an interior ell corner of the said 2504.0122 acre save and except a 21.5360 acre and 0.500 acre Motiva Enterprises, LLC tract; Thence South 12 degrees 31 minutes 54 seconds East, for the boundary between the tract herein described and the above referenced 2504.0122 acre tract save and except a 21.5360 acre and 0.500 acre Motiva Enterprises, LLC tract, for a distance of 537.57 feet to the POINT OF BEGINNING of the tract herein described and containing 21.7950 acres, more or less.

All in accordance with a plan of survey by Mark W. Whitley, dated December 5, 2002, a copy of which is annexed hereto and made a part hereof.

Being the same property acquired by Tezcuco Plantation, Inc. from Jeannette Waguespack and O'Neil J. Daigle, Jr. by an Act registered in COB 483, folio 178.



# MERIT
## ELECTRICAL, INC.



**Instrument & Electrical Contractor**



Please remit payment to:
P.O. BOX 86710

---

## INVOICE

JACOBS
P.O. BOX 98033
BATON ROUGE, LA 70898
ATTN. JAMES MOLAND

CUSTOMER NO. 23018

INVOICE NO. **88906-J-1**
PERIOD ENDING: 11/30/09
PROJECT NO.: 88906-MAPP
CONTRACT NO. **07KY8063**
DATE: **11/23/2009**
TERMS NET 30 DAYS

---

### PROGRESS BILLING NO. 1

TO INVOICE YOU FOR ELECTRICAL SERVICES PROVIDED ON THE "MOTIVA-CONTROL BLDG" PROJECT:

ORIGINAL CONTRACT AMOUNT $ 1,099,627.00
CHANGE ORDERS $ 1,499,809.00
REVISED CONTRACT AMOUNT $ 2,599,436.00

GROSS AMOUNT BILLED TO DATE $ 2,299,986.87

LESS: PREVIOUSLY INVOICED GROSS AMOUNT $ (1,855,710.04)

GROSS AMOUNT BILLED THIS INVOICE $ 444,276.83

LESS: 10% RETENTION WITHELD $ (44,427.68)

TOTAL AMOUNT DUE THIS INVOICE $ 399,849.15

---

BILLING CONTACT: VICKI WIEGEL 225/677-5241 (vwiegel@meritelectrical.com)

P.O. Box 86710, Baton Rouge, LA 70879-6710 • Ph: 225.677.8850 • Fax: 225.673.8888
www.meritelectrical.com



EXHIBIT
E



# MERIT
# ELECTRICAL, INC.



**Instrument & Electrical Contractor**



Please Remit Payment To:
P.O. Box 98710

## INVOICE

JACOBS
P.O. BOX 98033
BATON ROUGE, LA 70898
ATTN: JAMES MOLAND

CUSTOMER NO. 23018

INVOICE NO. **88906-J-2**
PERIOD ENDING: 12/31/09
PROJECT NO.: 88906-MAPP
CONTRACT NO. **07KY8063**
DATE: **12/17/2009**
TERMS NET 30 DAYS

### PROGRESS BILLING NO. 2

TO INVOICE YOU FOR ELECTRICAL SERVICES PROVIDED ON THE "MOTIVA-CONTROL BLDG"
PROJECT:

ORIGINAL CONTRACT AMOUNT $  1,099,627.00
CHANGE ORDERS                $  1,534,532.00
REVISED CONTRACT AMOUNT $  2,634,159.00

GROSS AMOUNT BILLED TO DATE                           $  2,516,569.28

LESS: PREVIOUSLY INVOICED GROSS AMOUNT       $ (2,299,986.87)

GROSS AMOUNT BILLED THIS INVOICE                    $     216,582.41

LESS:  10% RETENTION WITHELD                            $      (21,658.24)

**TOTAL AMOUNT DUE THIS INVOICE**                    $     194,924.17





**Instrument & Electrical Contractor**



Please Remit Payment To:
P.O. Box 86710

INVOICE

JACOBS
P.O. BOX 98033
BATON ROUGE, LA 70898
ATTN: JAMES MOLAND

CUSTOMER NO. 23018

INVOICE NO. **88906-J-3**
PERIOD ENDING: 1/31/10
PROJECT NO.: 88906-MAPP
CONTRACT NO. **07KY8063**
DATE: **1/19/2010**
TERMS NET 30 DAYS

## PROGRESS BILLING NO. 3

TO INVOICE YOU FOR ELECTRICAL SERVICES PROVIDED ON THE "MOTIVA-CONTROL BLDG" PROJECT:

| | | |
|---|---|---|
| ORIGINAL CONTRACT AMOUNT | $ | 1,099,627.00 |
| CHANGE ORDERS | $ | 1,547,246.51 |
| REVISED CONTRACT AMOUNT | $ | 2,646,873.51 |

| | | |
|---|---|---|
| GROSS AMOUNT BILLED TO DATE | $ | 2,590,479.53 |
| LESS: PREVIOUSLY INVOICED GROSS AMOUNT | $ | (2,516,569.28) |
| GROSS AMOUNT BILLED THIS INVOICE | $ | 73,910.25 |
| LESS: 10% RETENTION WITHELD | $ | (7,391.03) |
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 66,519.22 |

BILLING CONTACT: VICKI WIEGEL 225/677-5241 (vwiegel@meritelectrical.com)

P.O. Box 86710, Baton Rouge, LA 70879-6710 Ph: 225.673.8950 / Fax: 225.673.8838
Case 3:10-cv-00605-JJB-CN Document 114 04/29/11 Page 24 of 29



# MERIT
# ELECTRICAL, INC.



**Instrument & Electrical Contractor**



Please Remit Payments to:
P.O. Box 86710

## INVOICE

JACOBS
P.O. BOX 98033
BATON ROUGE, LA 70898
ATTN: JAMES MOLAND

CUSTOMER NO. 23018

INVOICE NO. **88906-J-4**
PERIOD ENDING: 2/28/10
PROJECT NO.: 88906-MAPP
CONTRACT NO. **07KY8063**
DATE: **2/18/2010**
TERMS NET 30 DAYS

---

### PROGRESS BILLING NO. 4

TO INVOICE YOU FOR ELECTRICAL SERVICES PROVIDED ON THE "MOTIVA-CONTROL BLDG" PROJECT:

ORIGINAL CONTRACT AMOUNT    $   1,099,627.00
CHANGE ORDERS                          $   1,547,246.51
REVISED CONTRACT AMOUNT    $   2,646,873.51

| | |
|---|---:|
| GROSS AMOUNT BILLED TO DATE | $   2,639,781.61 |
| LESS: PREVIOUSLY INVOICED GROSS AMOUNT | $  (2,590,479.53) |
| GROSS AMOUNT BILLED THIS INVOICE | $       49,302.08 |
| LESS: 10% RETENTION WITHELD | $        (4,930.21) |
| TOTAL AMOUNT DUE THIS INVOICE | $       44,371.87 |

BILLING CONTACT: VICKI WIEGEL 225/677-5241 (vwiegel@meritelectrical.com)

 **MERIT ELECTRICAL,INC.**



**Instrument & Electrical Contractor**

 Please Remit Payment to P.O. Box 86710

## INVOICE

MAPP CONSTRUCTION, LLC
3448 HWY. 44
DARROW, LA 70725
ATTN: AMY LEBLANC

CUSTOMER NO. 23018

INVOICE NO. **88906-15**
PERIOD ENDING: 3/28/10
PROJECT NO.: 88906
CONTRACT NO. **99077**
DATE: **3/24/2010**
TERMS NET 30 DAYS

### PROGRESS BILLING NO. 15

TO INVOICE YOU FOR ELECTRICAL SERVICES PROVIDED ON THE "MOTIVA-CONTROL BLDG" PROJECT:

| | | |
|---|---|---|
| ORIGINAL CONTRACT AMOUNT | $ | 1,099,627.00 |
| CHANGE ORDERS | $ | 1,567,246.51 |
| REVISED CONTRACT AMOUNT | $ | 2,666,873.51 |

| | | | |
|---|---|---|---|
| GROSS AMOUNT BILLED TO DATE | 99% | $ | 2,645,564.01 |
| LESS: PREVIOUSLY INVOICED GROSS AMOUNT | | $ | (2,639,781.61) |
| GROSS AMOUNT BILLED THIS INVOICE | | $ | 5,782.40 |
| LESS: 10% RETENTION WITHELD | | $ | (578.24) |
| TOTAL AMOUNT DUE THIS INVOICE | | $ | 5,204.16 |

email: aleblanc@mappconstruction.com
mstout@meritelectrical.com

fedx: original to address above

BILLING CONTACT: VICKI WIEGEL 225/677-5241 (vwiegel@meritelectrical.com)

P.O. Box 86710, Baton Rouge, LA 70879-6710  Ph: 225.673.8850  Fax: 225.673.8838
www.meritelectrical.com

 

# MERIT ELECTRICAL, INC.

**Instrument & Electrical Contractor**



Please Remit Payment to:
P.O. Box 86710

## INVOICE

MAPP CONSTRUCTION, LLC
3448 HWY. 44
DARROW, LA 70725
ATTN: AMY LEBLANC

CUSTOMER NO. 23018

INVOICE NO. **88906-16**
PERIOD ENDING: 4/25/10
PROJECT NO.: 88906
CONTRACT NO. **99077**
DATE: **4/23/2010**
TERMS NET 30 DAYS

### PROGRESS BILLING NO. 16

TO INVOICE YOU FOR ELECTRICAL SERVICES PROVIDED ON THE "MOTIVA-CONTROL BLDG" PROJECT:

| | | |
|---|---|---|
| ORIGINAL CONTRACT AMOUNT | $ | 1,099,627.00 |
| CHANGE ORDERS | $ | 1,616,728.51 |
| REVISED CONTRACT AMOUNT | $ | 2,716,355.51 |

| | | | |
|---|---|---|---|
| GROSS AMOUNT BILLED TO DATE | 99% | $ | 2,690,313.31 |
| LESS: PREVIOUSLY INVOICED GROSS AMOUNT | | $ | (2,645,564.01) |
| GROSS AMOUNT BILLED THIS INVOICE | | $ | 44,749.30 |
| LESS: 10% RETENTION WITHHELD | | $ | (4,474.93) |
| TOTAL AMOUNT DUE THIS INVOICE | | $ | 40,274.37 |

email:     aleblanc@mappconstruction.com
              mstout@meritelectrical.com

fedx:      original to address above

BILLING CONTACT: VICKI WIEGEL 225/677-5241 (vwiegel@meritelectrical.com)

P.O. Box 86710, Baton Rouge, LA 70879-6710  Ph: 225.673.8850  Fax: 225.673.8838
www.meritelectrical.com



# MERIT
## ELECTRICAL, INC.



Instrument & Electrical Contractor



Please Remit Payment to:
P.O. Box 86710

## INVOICE

JACOBS
P.O. BOX 98033
BATON ROUGE, LA 70898
ATTN: JAMES MOLAND

CUSTOMER NO. 23018

INVOICE NO. **88906-J-7**
PERIOD ENDING: 5/30/10
PROJECT NO.: 88906-MAPP
CONTRACT NO. **07KY8063**
DATE: **5/25/2010**
TERMS NET 30 DAYS

### PROGRESS BILLING NO. 7

TO INVOICE YOU FOR ELECTRICAL SERVICES PROVIDED ON THE "MOTIVA-CONTROL BLDG" PROJECT:

ORIGINAL CONTRACT AMOUNT $ 1,099,627.00
CHANGE ORDERS $ 1,623,937.51
REVISED CONTRACT AMOUNT $ 2,723,564.51

| | |
|---|---:|
| GROSS AMOUNT BILLED TO DATE | $ 2,715,272.76 |
| LESS: PREVIOUSLY INVOICED GROSS AMOUNT | $ (2,690,313.31) |
| GROSS AMOUNT BILLED THIS INVOICE | $ 24,959.45 |
| LESS: 10% RETENTION WITHELD | $ (2,495.94) |
| TOTAL AMOUNT DUE THIS INVOICE | $ 22,463.51 |

BILLING CONTACT: VICKI WIEGEL 225/677-5241 (vwiegel@meritelectrical.com)
P.O. Box 86710, Baton Rouge, LA 70869  Ph: 225-673-8850  Fax: 225-673-8838
www.meritelectrical.com

# PHELPS DUNBAR LLP

COUNSELORS AT LAW

RECEIVED AND FILED
-EMIL HART BOURQUE
COURT
Original signed by
Katy Burns
CLERK & RECORDER
ASCENSION PARISH, LA

New Orleans, LA

Baton Rouge, LA

Houston, TX

London, England

II City Plaza • 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
P. O. Box 4412
Baton Rouge, Louisiana 70821-4412
(225) 346-0285
Fax (225) 381-9197

Jackson, MS

Tupelo, MS

Gulfport, MS

Tampa, FL

KELSEY KORNICK FUNES
Partner
(225) 376-0258
funesk@phelps.com

www.phelpsdunbar.com

June 10, 2010

11813-0039

## CERTIFIED MAIL
## VIA E-MAIL

Ms. Karen Plauche
Motiva Enterprises, LLC
3448 Hwy 44
Darrow, LA 70725

Mr. R. Gray Sexton, Esq.
Law Offices of R. Gray Sexton
10715 N. Oak Hills Pkwy.
Baton Rouge, LA 70810

Mr. Bob Raborn
Jacobs Field Services, N.A.
4949 Essen Lane
Baton Rouge, LA 70809

> Re:    Merit Electrical, Inc.- Motiva Control Building Project

Dear Mr. Raborn, Ms. Plauche and Mr. Sexton:

Enclosed please find a copy of the *Statement of Claim and Privilege* which we have filed on behalf of Merit Electrical, Inc. in the mortgage records of St. James Parish and Ascension Parish. If you have any questions, please do not hesitate to contact me.

Very truly yours,

PHELPS DUNBAR LLP

Kelsey Kornick Funes

KKF: awm

cc:       Mr. Mack Dubose (*via email only*)
          Mr. Mike Stout (*via email only*)

EXHIBIT
B